COMMONWEALTH of Pennsylvania, Appellant,

v.

Chris A. FREY, Appellee.

Supreme Court of Pennsylvania.

Submitted Aug. 31, 1999.

Decided Sept. 23, 1999.

J. Karen Arnold, Asst. Dist. Atty., District Attorney's Office, for Com.

Ronald McGlaughlin, State College, for Chris A. Frey.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, —— Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Centre County Court of Common Pleas dated March 15, 1999. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.